IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF T. GRANGE, M.D.,**<br><br>Plaintiff,<br><br>v.<br><br>**LORI POZUELOS AND JASON WESSELY,**<br><br>Defendants. | 5:22-cv-00340 DSF (AGRx)<br><br>**(PROPOSED) ORDER ON DEFENDANT JASON WESSELY'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: April 8, 2024<br>Time: 1:30 p.m.<br>Courtroom: 7D<br>Judge: The Honorable Dale S. Fischer<br>Trial Date: 11/12/2024<br>Action Filed: 2/24/2022 |

The Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment ("Motion") filed by Defendant Jason Wessely ("Wessely") and opposed by Plaintiff Jeff T. Grange, M.D. ("Grange") came on regularly for hearing on April 8, 2024. Wessely appeared through his counsel, Deputy Attorney General Thomas M. McMahon, and Grange appeared through his counsel, Larson, LLP.

After considering the evidence and argument submitted in support of and in opposition to the Motion, and after adopting the Statement of Uncontroverted Facts and Conclusions of Law that is filed herewith, and good cause appearing, the Court

1  finds that, pursuant to Fed. R. Civ. P. 56 (c), there are no controverted issues of
2  material fact and Wessely is entitled to judgment as a matter of law on Grange's
3  one claim for relief, pursuant to 42 U.S.C. Section 1983, in the First Amended
4  Complaint.
5    Accordingly, the Court hereby GRANTS the Motion, in its entirety.
6    The Court hereby enters a full and final judgment in favor of Wessely, and
7  against Grange.
8    Wessely will be entitled to recover his costs of suit from Grange.
9    IT IS SO ORDERED, ADJUDGED AND DECREED.

12  Dated: _____    _____
13                                The Honorable Dale S. Fischer
                                  UNITED STATES DISTRICT JUDGE