# EXHIBIT 6

Message

| | |
|---|---|
| **From:** | Curtis S. Leavitt [cleavitt@kennadayleavitt.com] |
| **Sent:** | 9/12/2019 10:04:59 AM |
| **To:** | Pozuelos, Lori [Lori.Pozuelos@insurance.ca.gov] |
| **CC:** | Warren Hodges [whodges@kennadayleavitt.com] |
| **Subject:** | SIMNSA claims documents |
| **Attachments:** | Care Medical Transportation Billing.pdf; Letter from PC.pdf; SIMNSA Denial Letter.pdf; Symons Ambulance Billing 2.pdf; Symons Ambulance Billing.pdf; Symons Ambulance Patient Care Report.pdf; Provider Remittance.pdf; Symons 8.21.15 Production [000001-000191].pdf; [SIMNSA 1 - 170].pdf |

Lori:

It was nice talking to you today. Attached are all documents (and much more) regarding the claim sent to SIMNSA by Symons Ambulance for services provided to ▮▮▮▮▮

The PDF titled "Symons 8.21.15 production" are documents and photographs sent to us in response to discovery as part of Symon's civil lawsuit against SIMNSA. The PDF titled "SIMNSA 1-170" are SIMNSA documents sent to Symons as part of Symons discovery efforts. That lawsuit was ultimately dismissed prior to the civil qui tam lawsuit being filed by SIMNSA against Symons. Both production contain a lot more than just the Symon's bill but I figure it is easier for you to shift through it than me. If you have any questions regarding the additional documents—like is it important—feel free to call me and I can explain what the document is and why you probably won't need it. The other documents are probably included in the two discovery responses, but I thought it was easier to include them in this email instead of checking to see if they are redundant.

Curtis S. Leavitt



**KENNADAY LEAVITT OWENSBY** PC

621 Capitol Mall | Suite 2500 | Sacramento, CA 95814
916-732-3073 (direct) | 916-761-4619 (mobile)
www.kennadayleavitt.com
Download VCard

CONFIDENTIALITY NOTICE: E-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding the message to admin@kennadayleavitt.com or by telephone at (916) 732-3060 and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.

DEF0205125