# EXHIBIT 7

| | |
|---|---|
| **Message** | |
| **From**: | Pozuelos, Lori [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A7BF0EF2CEDF4DD1AF4AEA51364F8AFE-POZUELOS, L] |
| **Sent**: | 4/21/2020 1:49:41 PM |
| **To**: | Neumeister, Mitch [Mitch.Neumeister@insurance.ca.gov] |
| **Subject**: | RE: PDF file of Excerpts of Trial Proceedings - People v. Symons, - No. CIVDS-1607744 |

Thank You Mitch. This should keep me busy for a while.

Detective Lori Pozuelos
California Department of Insurance
9674 Archibald Ave Ste 100
Rancho Cucamonga, CA 91730
(909) 919-2228
(909) 980-2196 Fax

**From:** Neumeister, Mitch <Mitch.Neumeister@insurance.ca.gov>
**Sent:** Tuesday, April 21, 2020 9:26 AM
**To:** Pozuelos, Lori <Lori.Pozuelos@insurance.ca.gov>
**Subject:** RE: PDF file of Excerpts of Trial Proceedings - People v. Symons, - No. CIVDS-1607744

I think I just sent you everything.

**From:** Pozuelos, Lori
**Sent:** Tuesday, April 21, 2020 9:17 AM
**To:** Neumeister, Mitch <Mitch.Neumeister@insurance.ca.gov>
**Subject:** RE: PDF file of Excerpts of Trial Proceedings - People v. Symons, - No. CIVDS-1607744

That's what I figured. I just wanted to make sure. Thanks

Detective Lori Pozuelos
California Department of Insurance
9674 Archibald Ave Ste 100
Rancho Cucamonga, CA 91730
(909) 919-2228
(909) 980-2196 Fax

**From:** Neumeister, Mitch <Mitch.Neumeister@insurance.ca.gov>
**Sent:** Tuesday, April 21, 2020 9:16 AM
**To:** Pozuelos, Lori <Lori.Pozuelos@insurance.ca.gov>
**Subject:** RE: PDF file of Excerpts of Trial Proceedings - People v. Symons, - No. CIVDS-1607744

Nope. You are going to have a bunch coming your way now. I got side tracked with some other stuff yesterday.

**From:** Pozuelos, Lori
**Sent:** Tuesday, April 21, 2020 9:10 AM
**To:** Neumeister, Mitch <Mitch.Neumeister@insurance.ca.gov>
**Subject:** RE: PDF file of Excerpts of Trial Proceedings - People v. Symons, - No. CIVDS-1607744

Mitch,

DEF0201257

Just wanted to confirm I received this. Is this the only one?

Detective Lori Pozuelos
California Department of Insurance
9674 Archibald Ave Ste 100
Rancho Cucamonga, CA 91730
(909) 919-2228
(909) 980-2196 Fax

---

**From:** Neumeister, Mitch <Mitch.Neumeister@insurance.ca.gov>
**Sent:** Friday, April 17, 2020 1:25 PM
**To:** Pozuelos, Lori <Lori.Pozuelos@insurance.ca.gov>
**Subject:** FW: PDF file of Excerpts of Trial Proceedings - People v. Symons, - No. CIVDS-1607744

Ian Humphrey – Insomniac
Maren Steiner – insomniac
Nicole Garman – UHC
Regina Derinskas – Aetna
Alexa Minocci – Cigna
Bruce Hinze – Department of Insurance (depo tx read into record)
Dawn Downs – p. 326
Paul Fish – 370
Closing Argument – p. 409 – Plaintiffs
Closing Argument – p. 486 – Defendant
Closing Argument – p. 562 – Plaintiffs Rebuttal

---

**From:** Anderson, Craig [mailto:CAnderson@sb-court.org]
**Sent:** Thursday, April 16, 2020 2:28 PM
**To:** Neumeister, Mitch <Mitch.Neumeister@insurance.ca.gov>
**Subject:** PDF file of Excerpts of Trial Proceedings - People v. Symons, - No. CIVDS-1607744

Mr. Neumeister,

Here is the PDF file of the excerpts of the trial proceedings you requested.

I have attached my invoice at the end of the file.

I will print the transcript and mail the certified copy to you when I return to the office.

If you have any other questions, please contact me.

Thank you,

DEF0201258

Craig Anderson
Court Reporter
San Bernardino Superior Court
W: (909) 708-8702
CAnderson@sb-court.org

DEF0201259