# EXHIBIT 8

| | |
|---|---|
| **Message** | |
| **From**: | Pozuelos, Lori [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A7BF0EF2CEDF4DD1AF4AEA51364F8AFE-POZUELOS, L] |
| **Sent**: | 4/2/2019 4:08:14 PM |
| **To**: | Rose, Jeff (jrose@sbcsd.org) [jrose@sbcsd.org] |
| **Subject**: | FW: San Bernardino County Sheriff's Department Contacts |

Cpt Rose,

Here is the attorney information and what he is requesting.

Detective Lori Pozuelos
California Department of Insurance
9674 Archibald Ave Ste 100
Rancho Cucamonga, CA 91730
(909) 919-2228
(909) 980-2196 Fax

---

**From:** Neumeister, Mitch
**Sent:** Tuesday, March 26, 2019 10:32 AM
**To:** Pozuelos, Lori
**Subject:** San Bernardino County Sheriff's Department Contacts

Lori,

I asked Captain Chavez about contacts at the San Bernardino County Sheriff's Department regarding air rescue and he referred me to you. Since I am going to be in your Fraud office on Thursday for a deposition on the civil matter and I kind of expect defendant not to show up, I was hoping to potentially meet with someone at the San Bernardino County Sheriff's Department if possible. Is there any chance you can provide me with some contact info of someone at the Sheriff's Department.

Thanks,

Mitch

---

Mitch Neumeister
Fraud Liaison Bureau
California Department of Insurance
(916) 492-3133