# EXHIBIT 9

**Message**

| | |
|---|---|
| **From**: | Deann Shier [deann@CorporateHelicopters.com] |
| **Sent**: | 7/7/2017 3:18:40 PM |
| **To**: | Pozuelos, Lori [Lori.Pozuelos@insurance.ca.gov] |
| **Subject**: | Re: Letter from California Department of Insurance 1/3 |

No. We do not have that list.

Deann J. Shier
*Chief Executive Officer*

office 858-505-5650
fax 858-505-5658
cell 619-843-3198

Shier Aviation Corporation
d.b.a. Corporate Helicopters
3753 John J. Montgomery Dr. Suite 2
San Diego, CA 92123

www.CorporateHelicopters.com
Deann@CorporateHelicopters.com



On Jul 7, 2017, at 1:03 PM, Pozuelos, Lori <Lori.Pozuelos@insurance.ca.gov> wrote:

Deann,
Thank you for the documents. I reviewed them and I do not see a list of any race participants that were flown out. Any chance you have the names of those people from 2012-2016?
Detective Lori Pozuelos
California Department of Insurance
9674 Archibald Ave Ste 100
Rancho Cucamonga, CA 91730
(909) 919-2228
(909) 980-2196 Fax

**From:** Deann Shier [mailto:deann@CorporateHelicopters.com]
**Sent:** Friday, July 07, 2017 10:33 AM
**To:** Pozuelos, Lori
**Subject:** Fwd: Letter from California Department of Insurance 1/3
Lori,
Attached please find the information sent to Mitch Neumiester, he gave permission to release these documents to you. It will be sent in three emails do to size.
Regards,
Deann J. Shier
*Chief Executive Officer*

office 858-505-5650
fax 858-505-5658
cell 619-843-3198

Shier Aviation Corporation
d.b.a. Corporate Helicopters
3753 John J. Montgomery Dr. Suite 2
San Diego, CA 92123

www.CorporateHelicopters.com
Deann@CorporateHelicopters.com

<image001.png>

Begin forwarded message:
**From:** Deann Shier <deann@CorporateHelicopters.com>
**Subject: Re: Letter from California Department of Insurance 1/3**
**Date:** November 15, 2016 at 6:40:56 AM PST
**To:** "Neumeister, Mitch" <Mitch.Neumeister@insurance.ca.gov>

Mitch,

This is my second attempt to send. The first email was rejected due to file size. I am sending it in three emails.

I decided to work on the items we discussed over the weekend and get this to you now, since my staff will be taking a lot of time off during the upcoming holidays, leaving me extra busy. Please confirm that you receive and can open this file.

The attached documents are organized in two sets of data since 2010. There is one set of documents that will show you the hours flown on the two helicopters capable of carrying a patient, N547SA and N549SA. The other set of documents from the accounting shows you the invoicing to the two clients that might have flown a patient. It also lists the helicopters that are not capable of carrying a patient such as R44, Bell206 and Film. Hopefully this will help you with your investigation.

If you have any questions, please contact me.

Regards,

Deann J. Shier
*Chief Executive Officer*

office 858-505-5650
fax 858-505-5658
cell 619-843-3198

Shier Aviation Corporation
d.b.a. Corporate Helicopters
3753 John J. Montgomery Dr. Suite 2
San Diego, CA 92123
www.CorporateHelicopters.com
Deann@CorporateHelicopters.com

<image001.png>

> On Nov 10, 2016, at 5:10 PM, Neumeister, Mitch <Mitch.Neumeister@insurance.ca.gov> wrote:
>
> Deann,
> Thank you for speaking to me on the phone. The attached letter is
> to memorialize our discussion. If you would like to clarify any
> points or have any questions then please do not hesitate to contact
> me.
> Thanks,
> Mitch Neumeister
> Fraud Liaison Bureau
> California Department of Insurance
> 45 Fremont Street, 21st Floor

San Francisco, CA 94105
Tel: 415-538-4133
Fax: 415-904-5490
CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.
<Letter to Corporate Helicopters - 11.10.16.pdf>

DEF0208295