# EXHIBIT 10

| | |
|---|---|
| **Message** | |
| **From:** | Pozuelos, Lori [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A7BF0EF2CEDF4DD1AF4AEA51364F8AFE-POZUELOS, L] |
| **Sent:** | 1/9/2019 1:40:45 PM |
| **To:** | Green, Steven [Steven.Green@insurance.ca.gov] |
| **Subject:** | RE: Summons/Dr. Grange |

San Bernardino DDA Lance Cantos-909-382-7781 lcantos@sbcda.org

Below is a list of the contacts I used for this case. If you are going to request any records you may want to explain to them that the records will be for a separate case from my case. In the past I have been contacted by an SIU that legal made a request to because they did not understand why they received a second request so I just explained that it was a separate case from mine. If you need anything else let me know.

**Aetna**
Linda Cote, AHFI
Senior Investigator
Aetna Special Investigations Unit
151 Farmington Ave, RWA4
Hartford, CT 06156
ph: (860) 273-8123
fax: (860) 975-9719
CoteL2@aetna.com

**Blue Shield**
Mark Trueblood
Senior Investigator, Special Investigations Unit
3300 Zinfandel Drive,
Rancho Cordova, CA 95670
O: 916-841-0517
Mark.Trueblood@blueshieldca.com

**UHC (which is Optum)**
Gary G. Auer
Managing Investigative Consultant
505 N. Brand Blvd., Suite 1200, Glendale, CA 91203
T: 818-484-9037| C: 818-577-6371
gary.auer@optum.com

**Kaiser**
John Farquhar
Senior Investigator
National Special Investigations Unit
(626) 381-6189 (office)
(626) 660-6817 (mobile phone)
John.S.Farquhar@kp.org

**Anthem**
Julia Haskins, CPC, Senior Investigator, Program Integrity
P.O. Box 964, Woodland Hills, CA 91365
O: (916) 638-9575 | M: (916) 284-7805 I F: (818) 234-3261
julia.haskins@anthem.com

Detective Lori Pozuelos

California Department of Insurance
9674 Archibald Ave Ste 100
Rancho Cucamonga, CA 91730
(909) 919-2228
(909) 980-2196 Fax

---

**From:** Green, Steven
**Sent:** Tuesday, January 08, 2019 2:08 PM
**To:** Pozuelos, Lori
**Cc:** Neumeister, Mitch
**Subject:** Summons/Dr. Grange

Lori -

List of companies:

Aetna
Blue Shield
UHC
Kaiser
Anthem

Thanks much,

Steven

DEF0206252