# EXHIBIT 11

Message

| | |
|---|---|
| **From**: | Green, Steven [Steven.Green@insurance.ca.gov] |
| **Sent**: | 1/7/2019 10:36:02 AM |
| **To**: | Pozuelos, Lori [Lori.Pozuelos@insurance.ca.gov] |
| **CC**: | Neumeister, Mitch [Mitch.Neumeister@insurance.ca.gov] |
| **Subject**: | Symons/Dr. Grange |

Lori –

I am working with Mitch on the qui tam action. Just tried your office and reached VM. Would much appreciate speaking with you as Mitch and I need assistance in reaching out to the insurers that have been defrauded. If I do not answer my office line please try my cell – 530.848.6219.

Thanks much.

STEVEN J GREEN
SPECIAL COUNSEL
FRAUD LIAISON BUREAU
DEPARTMENT OF INSURNACE
300 CAPITOL MALL
SACRAMENTO, CALIFORNIA 95814
916.492.3667