# EXHIBIT 12

Message
---

**From:** Cantos, Lance [LCantos@sbcda.org]
**Sent:** 4/3/2019 2:04:23 PM
**To:** Pozuelos, Lori [Lori.Pozuelos@insurance.ca.gov]
**Subject:** RE: Symons Update

Hi Lori,
Something came to mind. Please document the contacts with the civil attorneys. Please include a description of the matters spoken about and if any information or documentation was shared. I know you are careful about this issue. However, if a discovery or Brady issue is raised, the documentation will make answering a motion much easier.
Thanks
Lance

---

**From:** Pozuelos, Lori <Lori.Pozuelos@insurance.ca.gov>
**Sent:** Tuesday, April 2, 2019 5:04 PM
**To:** Cantos, Lance <LCantos@sbcda.org>
**Cc:** Blake, Katrina <Katrina.Blake@insurance.ca.gov>; Chavez, Joe <Joe.Chavez@insurance.ca.gov>; Lee, William <WLee@sbcda.org>
**Subject:** Symons Update

Lance,

Bill Lee was here today meeting with Sgt Svoboda and Cpt Chavez and he was asked for an update on this case. Bill referred them to me and asked that I contact you. I know you had stated you were working on another case and was hoping to get back to this case. Have you had a chance to get back to reviewing the case? If so do you have any questions or follow up you need from me?

I am also following up from our conversation from last month. You had stated you were going to set up a meeting regarding the 186.11 and wanted me to attend. Do you have a date that you would like to meet?

I had initially given a copy of all the assets I found to James Secord back in Aug 2017. I have checked on the property assets to determine if ownership has changed. Things have changed since then due to Grange selling his home and buying another home and also selling some additional properties so I have updated the records. I can bring the updated information to the meeting.

I also received a phone call from the attorneys last week who are handling the civil case asking if there has been any update. They have scheduled depositions for their case and are proceeding with preparing for the trial set for June. They again asked if it appeared that the case would be filed criminally and I advised them that I did not have an exact answer for them. I did explained that when I spoke with you last month about a criminal filing that you stated you were reviewing the case and thought that a criminal filing was possible.

If you could give me an update I would greatly appreciate it.

Detective Lori Pozuelos
California Department of Insurance
9674 Archibald Ave Ste 100
Rancho Cucamonga, CA 91730
(909) 919-2228
(909) 980-2196 Fax

*CONFIDENTIALITY NOTICE: This communication may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use, or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.*

CONFIDENTIALITY NOTICE: This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.

DEF0206194