# EXHIBIT 13

**Message**

| | |
|---|---|
| **From**: | Harrison, Diane [DHarrison@sbcda.org] |
| **Sent**: | 2/22/2017 10:10:31 AM |
| **To**: | Pozuelos, Lori [Lori.Pozuelos@insurance.ca.gov] |
| **Subject**: | RE: |

We cannot even acknowledge any of the information that was obtained in that notebook I gave you. That is the subject of the qui tam, and is something that only they will know what is happening, until it goes public. It is apparently still sealed and you can't tell her a thing about it, since you aren't even supposed to know it exists, except for the fact of how I got the info, and she can't know that either.

Wives who are loaded for bear against cheating spouses are not a really stable sort to expect them not to say anything, as I'm certain you know from dealing with some of them. It needs to pretty much be a one-way street with her information flowing to us at this point. She is very likely to tip their hand over the dealings if she keeps running her own investigation, and that will allow the crooks to hide things.

You can ask her anything you like without answering her questions except to say if there is a violation of the law, it will be submitted to the appropriate agencies for review, but it is not an instantaneous process. Don't even say the DA's Office, if you can avoid it, since she'll be calling here and getting us involved, and it will blow our case up if the qui tam aspects don't have a total fence between the two cases.

What she really needs to tell us is what part she played in the corporation, who runs it, now and historically, their roles, and who is in charge of billing and how it gets done. As I recall, she claimed Jeff did the fraudulent billings on his own laptop. But if she is saying that the 1099 would go to Symons, who would be the intake person, and what is the flow of billing from inception to payment?

The family law files are not automated yet, so coming downtown to 351 N. Arrowhead to the old courthouse should get you what you need.

---

**From:** Pozuelos, Lori [mailto:Lori.Pozuelos@insurance.ca.gov]
**Sent:** Wednesday, February 22, 2017 9:55 AM
**To:** Harrison, Diane <DHarrison@sbcda.org>
**Subject:** RE:

Thank you for all the information. Do you know what I need to do to get a copy of the family law file?

By the way the ex wife has called me a couple of times to find out where I am in my investigation. She is also inquiring about a law suit that she found out about (possible qui tam one). She saw the lawsuits listed on SB County website and was trying to find out more info on the sealed one. She has also spoken to the owner of Score and Corporate Helicopters who have told her that spoke with an investigator and had to do a depo. She was trying to get more information because they are going to court in regards to the splitting up of the assets.

Here is the complaint she sent about the same time I started with my complaint (2 complaints against him with our division plus qui tam that our legal is handling):

Thank you for taking my call today. I request a review to determine if the following practice is legal or whether it is not.

My ex-husband, Jeff T. Grange, MD works with SCORE International to provide medical care for the Baja, Mexico races. He has been volunteering since approximately 1994, but I discovered he started billing his patients approximately 2013. He is a licensed physician in California with medical license A54888. CA DL is A7202103. SS 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. He is a part owner of Symons Ambulance in Devore, CA. He also works part-time at Loma Linda University Medical Center as an Emergency physician.

The patients in question are injured during the Mexico race and are transported by helicopter to a Mexico airport where a small jet is waiting to transport them back to the US. These patients are US citizens with US insurance. They get billed for the helicopter transport

through Symons Ambulance. The jet is contracted through AeroMedevac out of San Diego. AeroMedevac bills separately. I want to know if this practice is legal?

Further, Jeff bills for these transports separately from the regular Symons billing. Only he and his girlfriend know of these insurance bills and bill themselves. The checks are mailed to a PO Box in Redlands, next to the WalMart. Jeff is the only person with a key to that box. The checks will be written to Symons Ambulance as billed or maybe to the corporate name of Symons Emergency Specialties, Inc. Jeff incorporated himself as Jeff T. Grange, MD, Inc. and has filled a dba of Symons Ambulance. I believe that he collects the checks from the PO Box and cashes them when doing his other banking. He has accounts a both Bank of America and Citizens Business Bank. Symons of course would receive the 1099 for those checks.

I am not certain when the billing started for Mexico transports, but discovered it when Jeff admitted he had enough cash to purchase half share in a large yacht. His portion was about $175,000 which he clearly had saved. Upon questioning him, he admitted to billing over $100k for one transport and over $50k for another. I've never seen any of the insurance payments nor am aware of any other bills. However, I'm certain that he would not stop billing once he started. Furthermore, he once stated that no one would know if he billed US insurance for the Mexico ambulance transports down there. I told him "don't ever" but am concerned that he might be doing that also.

Symons does not have contracts with most insurance companies as an emergency is generally considered a requirement for them to pay. Symons gets paid more without contracts. However, I would be interested in seeing all large bills generated by Symons on or around race weekends. SCORE International sponsors 3 races per year down in Mexico. About two years ago SCORE was recently bought by a new owner. Prior to this Jeff would have been billing the patients private insurance. However, since then I think SCORE has provided insurance for all the racers and pit crews. I will search for an email detailing insurance coverage and forward it to you separately.

I just want to know if this is legal. If so, then I will pursue trying to prove the amount of cash he receives as part of our divorce assets. If it is not legal, then I don't want any dirty money.

I plan on meeting up with her soon. She has provided me with some insight into Grange's mind set but when she called I wasn't quite ready to speak with her.

Detective Lori Pozuelos
California Department of Insurance
9674 Archibald Ave Ste 100
Rancho Cucamonga, CA 91730
(909) 919-2228
(909) 980-2196 Fax

---

**From:** Harrison, Diane [mailto:DHarrison@sbcda.org]
**Sent:** Wednesday, February 22, 2017 9:39 AM
**To:** Pozuelos, Lori
**Subject:** RE:

Okay. The Family Law file will contain a lot of basic information, including a broad statement of holdings both side claim. It unfortunately, does not include the bank account numbers, but should say that he has 3 or however many, accounts with Wells Fargo or B of A, etc., and what type of accounts they are, and there should be an income and expenses report, that should give an idea of not only how much money is in each bank, but how much he earns via the company or from other sources. They will sometimes have a portion of their tax returns in the file as well. Not the whole thing usually, but enough to make it worthwhile to go find.

There are many exhibits handed to the court during the proceedings, to prove various issues on income and finances so the court can make a determination. The court does not keep those, but rather hands them back to the party presenting them. However. . . . they have to have presented a copy of whatever the exhibit is to the other side.

Family Law Court is usually called Liar's Court because of the level of deception going on there. However, once you have explored what Grange has listed as expenses and income and holdings, you can ask his soon-to-be-ex, since I gather she is squarely on the side of disclosure. I'm assuming she is aware of the investigation on some level, since she has been

demanding one. I suppose you can phrase it as following up on her complaints in order to see if there is anything there, and not tell her the level we are at so far, but as her and her attorney to keep it confidential.

I also suspect that Dawn may have her own divorce going on, if she was married. That could also be a source of some really good information from the court.

---

**From:** Pozuelos, Lori [mailto:Lori.Pozuelos@insurance.ca.gov]
**Sent:** Tuesday, February 21, 2017 12:48 PM
**To:** Harrison, Diane <DHarrison@sbcda.org>
**Subject:** Re:

Also thought this would be a good way to see what assets he has

On Feb 21, 2017, at 11:35 AM, Harrison, Diane <DHarrison@sbcda.org> wrote:

> Absolutely he has to show proof. I am not certain how much they retain in the court files, but the proof has to be shared with Dawn at the very least.
>
>
> I've had something akin to Norovirus since Thursday night, and am still off today. I'll find out from my husband, who does Family Law Court, what they need to submit and where it might be kept. My guess is that he isn't be totally upfront about all of his assets, in which case she and her attorney will go for the throat.My husband is gone right now to Frontsight for firearms training but will be back this afternoon or this evening. I'll ask him and get back to you on that. That would be the quickest way.
>
>
> BTW, absolutely excellent synopsis you did of the case!
>
> ---
>
> **From:** Pozuelos, Lori <Lori.Pozuelos@insurance.ca.gov>
> **Sent:** Tuesday, February 21, 2017 11:26:36 AM
> **To:** Harrison, Diane
> **Subject:**
>
> Question:
>
> Jeff Grange is currently going through a divorce and they are dealing with the assets portion right now. Does he have to submit documents regarding his assets? And if so would the documents be public record? I'm thinking that may be a way to get information regarding his assets.

DEF0211518