# EXHIBIT 14

Message

| | |
|---|---|
| **From**: | McNamara, James [James.McNamara@insurance.ca.gov] |
| **Sent**: | 1/14/2020 9:44:37 AM |
| **To**: | Pozuelos, Lori [Lori.Pozuelos@insurance.ca.gov] |
| **CC**: | Mueller, George [George.Mueller@insurance.ca.gov] |
| **Subject**: | RE: Symons Ambulance |

Lori,

Thank you for the update.

J. Scott McNamara
Assistant Chief Counsel
Fraud Liaison Bureau
45 Fremont St., 21st Floor
San Francisco, CA 94105
(415) 538-4414

---

**From:** Pozuelos, Lori
**Sent:** Tuesday, January 14, 2020 9:42 AM
**To:** McNamara, James <James.McNamara@insurance.ca.gov>
**Cc:** Mueller, George <George.Mueller@insurance.ca.gov>
**Subject:** Symons Ambulance

Good Morning Gentlemen,

I spoke with DDA Lance Cantos this morning regarding the status of the Symons Ambulance filing. DDA Cantos stated he is working on inputting the charges for this case and anticipates filing by the end of January. I have scheduled a meeting with him on 1/24/20 to go over any other items he may need. I can give you an update after this meeting.

Detective Lori Pozuelos
California Department of Insurance
9674 Archibald Ave Ste 100
Rancho Cucamonga, CA 91730
(909) 919-2228
(909) 980-2196 Fax

DEF0203439