# EXHIBIT 15



**Jan 24, 2020 at 9:44 AM**

Hey Mitch, Warren here. New email is whodges@hansonbridgett.com¿¿Direct dial is 916-491-3035¿¿Let me know if you need anything to prep for trial. I'll help however I can off the books and off the record if necessary. Also let's grab a beer in east sac one of these days.

Thanks. Hope all is working well at the new gig.

I think I'm good since I'm just doing the insurer witnesses and there are some good ones and some bad ones. I am tending to think the DA is going to blow this all up with a criminal filing soon.

But I'm down for a beer after all this craziness ends.

**Mar 12, 2020 at 2:22 PM**

Just want to give you a heads up that we wrapped up closing this morning and am now waiting on a verdict. I'll let you know the result



MN 000209