UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

---o0o---

| | |
|---|---|
| JEFF T. GRANGE, M.D. | ) Case No.<br>) 5:20-cv-00340 DSF (AGRx) |
| Plaintiff, | ) |
| vs. | ) |
| LORI POZUELOS, in her individual and official capacity; JASON WESSELY, in his individual and official capacity; CALIFORNIA DEPARTMENT OF INSURANCE; and DOES 1-10, individuals., | ) ) ) ) ) ) ) |
| Defendant. | ) |

---o0o---

REMOTE VIDEO DEPOSITION OF

MITCHELL S. NEUMEISTER

TUESDAY, JANUARY 9, 2024

10:00 A.M. PST

PAGES 1 - 66

---o0o---

Reported by:

JULIE RUMSEY, CSR 14144

Job No. 93552

```
 1                  UNITED STATES DISTRICT COURT

 2         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

 3                           ---o0o---

 4   JEFF T. GRANGE, M.D.              )Case No.
                                       )5:20-cv-00340 DSF (AGRx)
 5           Plaintiff,                )
                                       )
 6        vs.                          )
                                       )
 7   LORI POZUELOS, in her individual  )
     and official capacity; JASON      )
 8   WESSELY, in his individual and    )
     official capacity; CALIFORNIA     )
 9   DEPARTMENT OF INSURANCE; and      )
     DOES 1-10, individuals.,          )
10                                     )
             Defendant.                )
11   _____)
```

15      REMOTE VIDEO DEPOSITION OF MITCHELL S. NEUMEISTER,

16   located in Sacramento, California, commencing at 10:06 A.M.

17   PST on Tuesday, January 9, 2024, before JULIE RUMSEY,

18   Certified Shorthand Reporter 14144, in and for the State of

19   California.

```
 1     APPEARANCES VIA ZOOM:

 2


 3     FOR THE PLAINTIFF JEFF T. GRANGE, M.D.:

 4          LARSON LLP
            BY:  DANIEL R. LAHANA, ESQ.
 5               BENJAMIN FALSTEIN, ESQ.
            555 SOUTH FLOWER ST., 30TH FL.
 6          LOS ANGELES, CA 90071
            (213) 436-4888
 7          dlahana@larsonllp.com
            bfalstein@larsonllp.com
 8


 9     FOR THE DEFENDANT CALIFORNIA DEPARTMENT OF INSURANCE AND
       MITCHELL S. NEUMEISTER:
10
            BY:  CHERIE JEAN EDSON, ESQ.
11          1901 HARRISON ST., 6TH FL.
            OAKLAND, CA 94612
12          (415) 538-4462
            cherie.edson@insurance.ca.gov
13

14     FOR THE DEFENDANTS LORI POZUELOS AND JASON WESSELY,
       INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY:
15
            CAAG  OFFICE OF THE ATTORNEY GENERAL
16          BY:  THOMAS M. MCMAHON, ESQ.
            300 S. SPRING ST., RM. 1702
17          LOS ANGELES, CA 90013
            (213) 269-6616
18          thomas.mcmahon@doj.ca.gov


19


20     LEGAL VIDEOGRAPHER:

21          STEVEN HENRY


22


23     ALSO PRESENT:

24          JEFF T. GRANGE, M.D.

25                          ---o0o---
```

MITCHELL S. NEUMEISTER
January 09, 2024

```
 1                         INDEX

 2                        ---o0o---

 3    EXAMINATION

 4                                                      PAGE

 5        BY ATTORNEY LAHANA                              7

 6                        ---o0o---

 7    EXHIBITS

 8    EXHIBIT      DESCRIPTION                          PAGE

 9    Exhibit 1    1/7/2019 Email
                   Subject: Symons/Dr. Grange
10                 Bates DEF0206253
                   1 Page                                17
11
      Exhibit 2    11/15/2016 Email Thread
12                 Subject: Re: Letter From California
                   Department of Insurance 1/3
13                 Bates DEF0208293 through DEF0208295
                   3 Pages                               27
14
      Exhibit 3    10/30/2019 Email Thread
15                 Subject: Lance Cantos' Number
                   Bates DEF0204462
16                 1 Page                                32

17    Exhibit 4    1/24/2020 Text Message Thread
                   Bates MN 000209
18                 1 Page                                38

19    Exhibit 5    2/26/2020 Text Message Thread
                   Bates MN 000210
20                 1 Page                                43

21    Exhibit 6    3/17/2020 Email
                   Bates DEF0202829
22                 1 Page                                51

23    Exhibit 7    8/27/2019 Email Thread
                   Subject: Symons Case 16hx016169
24                 Bates MN 000083 through MN 000084
                   2 Pages                               54
25
```

**MITCHELL S. NEUMEISTER**

**January 09, 2024**

```
 1    EXHIBITS CONTINUED

 2    EXHIBIT      DESCRIPTION                                    PAGE

 3    Exhibit 8    Text Message Thread
                   Bates MN 000211
 4                 1 Page                                          60
                            ---o0o---
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                TUESDAY, JANUARY 9, 2024, 10:06 A.M. PST
 2                          ---o0o---
 3           THE VIDEOGRAPHER:  We are on the record.  This
 4   begins media Number 1 in the deposition of Michael [sic]
 5   Neumeister in the matter of Jeff T. Grange, M.D., versus
 6   Lori Pozuelos, et al.  The case number is 5:20-cv-00340 DSF
 7   (AGRx).
 8           This deposition is being held remotely via Zoom
 9   and is being taken on behalf of the plaintiff on
10   January 9th, 2024, at 10:06 a.m.
11           The court reporter is Julie Rumsey, my name is
12   Steven Henry, videographer, on behalf of First Legal
13   Depositions located in Los Angeles, California.  This
14   deposition is being videotaped at all times unless
15   specified to go off the record.
16           Would all counsel please identify themselves
17   beginning with the noticing attorney.
18           ATTORNEY LAHANA:  Good morning.  Daniel Lahana
19   with Larson LLP on behalf of Plaintiff Dr. Jeff Grange.
20           ATTORNEY EDSON:  Good morning.  Cherie Edson for
21   the California Department of Insurance and the witness,
22   Mitchell Neumeister.
23           ATTORNEY McMAHON:  Good morning.  Thomas McMahon,
24   Deputy Attorney General, representing Defendants Jason
25   Wessely and Lori Pozuelos.
```

```
 1   trial involving Symons Ambulance?
 2   A.      Yes.  He was my supervisor on the case.
 3   Q.      Do you know who Shawn Conner is?
 4   A.      I believe he works for fraud department.
 5   Q.      And have you worked with Shawn Conner at all?
 6   A.      I don't remember.
 7   Q.      Would Shawn Conner be considered your superior?
 8   A.      No.  Because he's in the fraud department handling
 9   criminal investigations.  I'm in the legal department
10   which -- which, I guess for the Fraud Liaison Bureau is the
11   civil side of Department of Insurance.
12   Q.      Do you know who George Mueller is?
13   A.      Yes.
14   Q.      Who is he?
15   A.      He's the deputy commissioner, and he leads the
16   fraud department.
17   Q.      Have you worked with him at all?
18   A.      I've worked with him in passing on previous cases
19   where -- on cases not related to the Symons investigation,
20   but we -- I worked with him when we -- like the department
21   had -- we got a PMK depo on a previous case, in another
22   matter, and I briefly spoke to him about the PMK depo and
23   identifying a witness who would be the witness for the
24   Department of Insurance on a -- on a case.
25   Q.      But did you ever work with him on the qui tam case
```

```
 1   involving Symons?
 2   A.      No.
 3   Q.      Do you know who Vlad Mikulich -- I might have
 4   mispronounced that -- do you know who that is?
 5   A.      Vlad Mikulich.  He's with fraud department down in
 6   Southern California.
 7   Q.      Have you ever worked with him?
 8   A.      Yes.  On another matter.
 9   Q.      Have you ever worked with him involving the Symons
10   qui tam lawsuit?
11   A.      He had sent -- I had sent him an email about the
12   case before -- on the Symons case.
13   Q.      Do you recall when that email was?
14   A.      In February of 2020.
15   Q.      Do you recall when in February of 2020?
16   A.      I don't remember.
17   Q.      I know -- I know it was a long time ago.  It's
18   just that February of 2020 is a very important month for
19   this lawsuit.
20           Do you know who Eric -- Eric Hood is?
21   A.      No, I don't.
22   Q.      Do you know who Lori Pozuelos is?
23   A.      Yes, I do.
24   Q.      And have you -- how would you describe your
25   professional relationship with her?
```

1   A.      Lori was the investigator for the fraud department
2   in our -- in the investigation on Symons.  During the
3   Symons case, when I was doing my civil investigation, I
4   knew that she was the investigator for the fraud detective
5   and was referring the case to the San Bernardino County
6   D.A.'s office.
7           I would call her on occasion to ascertain about if
8   she had any knowledge about if there's going to be a filing
9   by the D.A.'s office and when -- and maybe when a filing
10  would have happened.
11  Q.      You said you would call her on occasion.  Would it
12  be fair to say that she would call you on occasion also?
13  A.      She called me on occasion.
14  Q.      Do you know how the Department of Insurance became
15  involved in the qui tam litigation between SIMNSA and
16  Symons?
17  A.      Yes.
18  Q.      How did it become involved?
19  A.      The Fraud Liaison Bureau became aware of the qui
20  tam as it was filed under the qui tam statute 1871.7, and
21  was served on, I believe, our -- the legal department's
22  agent for service of process.
23  Q.      How did you become involved in that intervention?
24  A.      I was assigned the case.
25  Q.      By who?

```
 1    exhibit.  We'll mark this as Exhibit 5, I believe.  Bates
 2    number is MN 000210.
 3             (Exhibit 5 was presented and subsequently marked
 4              for identification.)
 5    BY ATTORNEY LAHANA:
 6    Q.       Do you see this is a text message exchange that
 7    you had produced?  Does it -- does it look familiar to you,
 8    Mr. Neumeister?
 9    A.       Yes, it does.
10    Q.       Do you see on February 27th, 2020, at 4:49 p.m.,
11    Curtis Leavitt says, "Mitch, call me," ex -- exclamation
12    point?
13    A.       Yes.  I see that.
14    Q.       Do you recall why Mr. Leavitt called you --
15    Mr. Leavitt -- strike that.
16             Do you recall -- did you call Mr. Leavitt in
17    response to this text message?
18    A.       Yes, I did.
19    Q.       And what did you -- what did he tell you?
20    A.       Right after I received this text message, I called
21    Curtis Leavitt, and he told me that Dr. Grange had been
22    arrested, and he told me that he found out through Raul
23    Garcia.
24    Q.       And what did you do?
25    A.       At that point, Curtis and I talked about next
```

```
 1   steps.  And after that, I made phone calls to Ms. Pozuelos
 2   and to my boss Scott McNamara.
 3   Q.      Who did you call first?
 4   A.      I don't recall.
 5   Q.      Did you call -- withdrawn.
 6           You said you called Detective Pozuelos?
 7   A.      Correct.
 8   Q.      And what did you tell her?
 9   A.      I was asking if I could -- I was calling her to
10   get more information about the arrest.
11   Q.      What information did you want about the arrest?
12   A.      Trying to figure out what had happened because
13   this came as a surprise to us that Dr. Grange had been
14   arrested, and that trying to -- just find out any
15   information I could, because this was a surprise to me.
16   Q.      What did she tell you?
17   A.      She had told me that Dr. Grange had been arrested,
18   and, you know, that was pretty much the extent of the phone
19   call.
20   Q.      Did she give you any other information?
21   A.      I don't -- I don't recall.
22   Q.      Then you said you had called your boss Scott
23   McNamara.  What --
24   A.      Yes.
25   Q.      Why did you call him?
```

```
 1              THE VIDEOGRAPHER:  Very good.
 2         There were no other video orders, correct?
 3              ATTORNEY EDSON:  Correct.
 4              THE VIDEOGRAPHER:  Okay.
 5              THE WITNESS:  I just want to bring up to the
 6    person -- the gentleman who's speaking, beginning of the
 7    deposition, you said "Michael Neumeister."  My name is
 8    Mitchell Neumeister.  I just want to be clear that it's
 9    "Mitchell Neumeister."
10              THE VIDEOGRAPHER:  Thank you.  Thank you for that
11    correction.
12              ALL right.  If there is nothing else, shall we
13    conclude?
14              All right.  We are going -- we are going off the
15    record.  The time is 11:48 a.m., and this concludes the
16    deposition testimony of Mitchell Neumeister.
17              (Proceedings concluded at 11:48 a.m. PST.)
18                            ---o0o---
19
20
21
22
23
24
25
```

```
 1                   CERTIFICATE OF REPORTER
                            ---o0o---
 2           I, the undersigned, a Certified Shorthand

 3   Reporter, Licensed by the State of California, being

 4   empowered to administer oaths and affirmations remotely

 5   pursuant to Section 2093(b) of the Code of Civil Procedure,

 6   do hereby certify:

 7           That the foregoing proceedings were taken remotely

 8   before me at the time and place herein set forth; that any

 9   witness in the foregoing proceedings, prior to testifying,

10   were placed under oath; that a verbatim record of the

11   proceedings was made by me using machine shorthand which

12   was thereafter transcribed under my direction; further,

13   that the foregoing is an accurate transcription thereof.

14           I further certify that I am neither financially

15   interested in the action nor a relative or employee of any

16   attorney or any of the parties.

17           Further, that if the foregoing pertains to the

18   original transcript of a deposition in a Federal Case,

19   before completion of the proceedings, review of the

20   transcript [ ] was [X] was not requested.

21           IN WITNESS WHEREOF, I have this date subscribed my

22   name.

23   DATED:  January 29, 2024

24

25                           JULIE RUMSEY,  CSR No. 14144
```