# EXHIBIT 20

Message

| | |
|---|---|
| **From**: | Mark.Mazor@faa.gov [Mark.Mazor@faa.gov] |
| **Sent**: | 10/18/2017 5:22:39 AM |
| **To**: | Pozuelos, Lori [Lori.Pozuelos@insurance.ca.gov] |
| **Subject**: | RE: |

Lori:

I wish I could be of more help but your question is above my pay grade. Below is the contact for the local FAA Office (Riverside) nearest your location that may be of some help. Additionally, I included the local contact for our regional counsel that may be able to answer your question. I would start with the local FAA Office. Hope you get the information you need!

Riverside
6961 Flight Road
Riverside, CA 92504 (951) 276-6701


Western Pacific – AWP-7
Office of the Regional Counsel
15000 Aviation Blvd.
Room 6007
Lawndale, CA 90261
310-725-7100
310-725-6816 – FAX
Lierre M. Green – Regional Counsel
Debra Reed – Mgmt. & Program Analyst
Agnes E. Ebilane – Legal Technician


*Mark B. Mazor*
Safety Analysis & Promotion Division
**Manager, Certification & Evaluation Program Office**
703 509-7146 (Cell)
Email: Mark.Mazor@faa.gov

Click here to give us feedback on our quality product and services

---

**From:** Pozuelos, Lori [mailto:Lori.Pozuelos@insurance.ca.gov]
**Sent:** Tuesday, October 17, 2017 4:08 PM
**To:** Mazor, Mark (FAA) <Mark.Mazor@faa.gov>
**Subject:** RE:

Mark,

I would like to find a person I can speak to with the FAA regarding an ambulance company who billed for air ambulance services however they are not certified by the FAA to provide/bill for the services nor are they affiliated with the company/government agency who provided the services. I have spoken with the company/government agency that did provide the services and they were not aware the transport was being billed to the insurance company. The private

DEF0206889

company that provided the services was compensated by another entity for the services and the government agency that provided the services has advised they do not have the 135 certification to bill for the services so they do not bill. If you could let me know who would be a good person to speak with regarding this issue I would greatly appreciate it.

Detective Lori Pozuelos
California Department of Insurance
9674 Archibald Ave Ste 100
Rancho Cucamonga, CA 91730
(909) 919-2228
(909) 980-2196 Fax

---

**From:** Mark.Mazor@faa.gov [mailto:Mark.Mazor@faa.gov]
**Sent:** Wednesday, July 19, 2017 7:20 PM
**To:** Pozuelos, Lori
**Subject:** RE:

SHIER AVIATION CORP DBA Corporate Helicopters **Certificate Number** IVSA655S is authorized to conduct air ambulance service. In the future I would ask an air ambulance for their FAA issued operating certificate . If they are a legitimate business, I am sure they will give you the information you need,

Respectfully,

*Mark B. Mazor*
**Manager, Certification & Evaluation Program Office**
AFS-900, National Field Office
703 509-7146 (Cell)
Email: Mark.Mazor@faa.gov

Click here to give us feedback on our quality product and services

---

**From:** Pozuelos, Lori [mailto:Lori.Pozuelos@insurance.ca.gov]
**Sent:** Wednesday, July 19, 2017 6:23 PM
**To:** Mazor, Mark (FAA)
**Subject:** RE:

Mark,

Can you check your data base to see if Corporate Helicopters located at 3753 John J Montgomery Drive in San Diego is licensed to provide air ambulance services please?

Detective Lori Pozuelos
California Department of Insurance
9674 Archibald Ave Ste 100
Rancho Cucamonga, CA 91730
(909) 919-2228
(909) 980-2196 Fax

---

**From:** Mark.Mazor@faa.gov [mailto:Mark.Mazor@faa.gov]
**Sent:** Wednesday, July 12, 2017 9:53 AM
**To:** Pozuelos, Lori
**Subject:** RE:

A Helicopter Air Ambulance Operator must have a part 121 or part 135 certificate.

8900.1 Vol 4, Chap 5, Sect 1, Para 4-920 A 2


       **2) Certification Under a 14 CFR Part.** Part 119 specifies that the selection of the particular 14 CFR part used to certify an operator is to be based on the type and size of aircraft that the certificate holder operates. An air ambulance operator must hold either a 14 CFR part 121 or part 135 air carrier certificate and must then comply with all provisions of the specific part under which the operator is certified. The carriage of a person or persons requiring medical personnel and/or medical equipment on a scheduled air carrier, operating under parts 121 or 135, does not constitute air ambulance operations. However, a scheduled air carrier transporting a person or persons requiring medical personnel and/or equipment on an unscheduled flight (charter) is engaged in air ambulance operations. All HAA operations must be conducted under part 135, and specifically must comply with part 135 subpart L in addition to general part 135 regulations.

14 CFR Part 135.1(a)(9) - Helicopter air ambulance operations as defined in §135.601(b)(1).


*Mark B. Mazor*
**Manager, Certification & Evaluation Program Office**
AFS-900, National Field Office
703 509-7146 (Cell)
Email: Mark.Mazor@faa.gov

Click here to give us feedback on our quality product and services

---

**From:** Pozuelos, Lori [mailto:Lori.Pozuelos@insurance.ca.gov]
**Sent:** Wednesday, July 12, 2017 11:23 AM
**To:** Mazor, Mark (FAA)
**Subject:** RE:

Let me ask you. What are the requirements to provide air ambulance services? Do they need to be certified by the FAA?

Detective Lori Pozuelos
California Department of Insurance
9674 Archibald Ave Ste 100
Rancho Cucamonga, CA 91730
(909) 919-2228
(909) 980-2196 Fax

---

**From:** Mark.Mazor@faa.gov [mailto:Mark.Mazor@faa.gov]
**Sent:** Wednesday, July 12, 2017 8:19 AM
**To:** Pozuelos, Lori
**Subject:** RE:

I have nothing in my data base for Symons Ambulance. They may be doing business under a DBA. I would ask the for their FAA Certificate number. If they have a certificate and give you a number, I can check again.

*Mark B. Mazor*

**Manager, Certification & Evaluation Program Office**
AFS-900, National Field Office
703 509-7146 (Cell)
Email: Mark.Mazor@faa.gov

Click here to give us feedback on our quality product and services

---

**From:** Pozuelos, Lori [mailto:Lori.Pozuelos@insurance.ca.gov]
**Sent:** Wednesday, July 12, 2017 10:34 AM
**To:** Mazor, Mark (FAA)
**Subject:**

Mark,

I am investigating Symons Ambulance located at 18592 Cajon Blvd., San Bernardino, CA 92407 and I am trying to determine if the company is certified to provide air ambulance services. They have billed for these services and I have spoken with the local licensing agencies and have been advised that locally they are not licensed as an air ambulance provider. I would like to know if they have any of the required FAA Certifications to provide air ambulance services. Any assistance you can provide in determining this would be greatly appreciated.


Detective Lori Pozuelos
California Department of Insurance
9674 Archibald Ave Ste 100
Rancho Cucamonga, CA 91730
(909) 919-2228
(909) 980-2196 Fax