# EXHIBIT 28

Message

| | |
|---|---|
| **From**: | Perez, Thomas [Thomas.Perez@insurance.ca.gov] |
| **Sent**: | 8/8/2017 11:00:45 AM |
| **To**: | Elizarraras, Myra [Myra.Elizarraras@insurance.ca.gov]; Lopez, Joe [Joe.Lopez@insurance.ca.gov]; Benson, Katrina [Katrina.Benson@insurance.ca.gov]; Asencio, Eddie [Eddie.Asencio@insurance.ca.gov]; Diaz, Veronica [Veronica.Diaz@insurance.ca.gov]; Nealy, Sean [Sean.Nealy@insurance.ca.gov]; Vergara, Leonor [Leonor.Vergara@insurance.ca.gov] |
| **CC**: | Chavez, Joe [Joe.Chavez@insurance.ca.gov]; Pozuelos, Lori [Lori.Pozuelos@insurance.ca.gov] |
| **Subject**: | FW: Search warrants on Symons Abulance case, 16HH016169 |

The search warrants will not be served on August 23, 2017. The SBDA's office has agreed to executing arrest warrants, 186.11, and search warrants on the same day. We tentatively would like to reschedule for some time in in September or potentially October. We will let you know as we come closer to securing a new date.

Thank you, Tom


**From:** Perez, Thomas
**Sent:** Thursday, August 03, 2017 10:34 AM
**To:** Elizarraras, Myra; Benson, Katrina; Lopez, Joe
**Cc:** Chavez, Joe; Pozuelos, Lori
**Subject:** Search warrants on Symons Abulance case, 16HH016169

We will need assistance for search warrants on the above listed case. The tentative date is **August 23, 2017**. CFT is already on board for this date. Please make yourselves and your teams available for this date. As soon as you confirm personnel for these warrants please send the list of those available to Detective Pozuelos so she can start working on the operational plan. There are three locations, two business locations and one residence.

Thank you for your assistance, Tom

DEF0207944