# EXHIBIT 30

**Message**

| | |
|---|---|
| **From:** | Pozuelos, Lori [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A7BF0EF2CEDF4DD1AF4AEA51364F8AFE-POZUELOS, L] |
| **Sent:** | 4/23/2019 4:38:12 PM |
| **To:** | 'Hynds, Rebeca' [RHynds@sbcda.org] |
| **Subject:** | RE: Initial Meeting regarding Ambulance and Air Lift Fraud - Grange case |

Rebeca,

I researched the current information on the properties and have provided updated values below.

Grange/Downs residence
27755 Sycamore Mesa Rd., Temecula
Tax Assessor Value $1,836,000
Redfin Value $2,235,200
Zillow Value $1,357,898

Downs Condo
1445 S Pacific St Unit N, Oceanside
Tax Assessor Value $721,278
Refin Value $779,330
Zillow Value $595,171

Symons Ambulance Headquarters
Tax Assessor Value
APN-0348-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 $397,000 (This is listed under Jeff Grange)
APN-0348-132-05-P000 $365,593 (This is listed under Med Event Services/Symons Emergency Specialties Inc)
Not sure why there is two different APNs.

Empty Business (where they propose to open an Urgent Care)
Symbiosis LLC (LLC listed under Grange/Downs)
Tax Assessor Value
APN-0281-071-04-000 $955,921
APN-0281-071-05-000 $163,721
APN-0281-071-03-W001 $10,300

I was able to located the yacht under the Coast Guard Vessel Info and it shows the Hailing Port for the yacht is San Pedro so the taxes on the boat and the assessed value would be determined by LA County. The website for the LA Tax Assessors Office will not release information. I sent an email today to request the information. They may not send it to me. If they wont then I will go down to the assessors office and see what I can get. The last assessment I have for the yacht was from OC Tax Assessor for 2017-2018 and it was valued at $231,242.

According to the Coast Guard records it shows there was no change in ownership for the yacht. When I look up the yacht in TLO it still shows under Seadation LLC. I looked up this LLC on Sec of State and the last filing was 12/2017 and it lists Jeff Grange as a manager and/or member. The filing does not require all names to be listed. Prior research shows the yacht is shared with Stephen and Nancy Corbett. I did find a bill from 2017-2018 taxes from LA County which lists the assessed value at $225,855 and also found a document which shows they paid $275,000 for the yacht in 2013.

Hope this helps.

Detective Lori Pozuelos
California Department of Insurance
9674 Archibald Ave Ste 100

Rancho Cucamonga, CA 91730
(909) 919-2228
(909) 980-2196 Fax

---

**From:** Hynds, Rebeca [mailto:RHynds@sbcda.org]
**Sent:** Friday, April 19, 2019 4:47 PM
**To:** Pozuelos, Lori
**Subject:** RE: Initial Meeting regarding Ambulance and Air Lift Fraud - Grange case

Thanks Lori!

---

**From:** Pozuelos, Lori <Lori.Pozuelos@insurance.ca.gov>
**Sent:** Friday, April 19, 2019 1:32 PM
**To:** Hynds, Rebeca <RHynds@sbcda.org>
**Subject:** RE: Initial Meeting regarding Ambulance and Air Lift Fraud - Grange case

Rebeca,

Thank you for the summary. Below is my hero statement. Let me know if you need more information.

I, Lori Pozuelos, declare as follows:

Your affiant, Investigator Lori Pozuelos, badge #519, hereinafter referred to as "I", has been a Peace Officer in the State of California for over 17 years. I am currently employed as a Detective for the State of California, Department of Insurance, Fraud Division and have been so employed since April 1, 2011. Previously I was employed as an Investigator for the State of California, Department of Alcoholic Beverage Control from July 2001 to March 2011.

I graduated from California State University, San Bernardino in 1999 with a Bachelor of Arts Degree in Criminal Justice. I have received 640 hours of personalized training and instruction from Peace Officer Standards and Training (P.O.S.T.), Specialized Investigators Basic Course at Golden West College. I hold a Specialized Investigators Advanced P.O.S.T. Certificate.

During my employment with the Department of Alcoholic Beverage Control, I was responsible for investigating crimes that happened on or around establishments which were licensed by the Department and violations by licensee(s). I was involved in many undercover investigations which involved criminal charges and administrative penalties. I was case agent in several operations which include narcotics violations, decoy programs, underage drinking and other various violations of the law.

My current position is with the California Department of Insurance Fraud Division (CDI). CDI investigates crimes dealing with insurance fraud. These crimes include, but are not limited to, workers' compensation fraud, auto insurance fraud, staged burglaries, health care fraud, medical billing fraud, arsons, disability fraud, life insurance fraud, and fraudulent business and personal claims submitted to insurance companies for the purpose of receiving compensation.

I have investigated or assisted with the investigation of numerous insurance fraud cases that resulted in criminal action. I have participated in the service of search warrants and arrest warrants that involved persons and businesses engaged in insurance fraud. I have interviewed individuals who were involved in the filing of false insurance claims regarding the scheme and design of such fraudulent claims. I have worked with other experienced officers in the field who are recognized experts in insurance fraud and I have contact with them on a daily basis regarding all aspects of insurance fraud.

My present assignment with the Fraud Division is with the Healthcare Provider Taskforce which focuses on healthcare provider fraud. These crimes generally involve medical billing fraud by healthcare providers such as medical clinics, doctor's offices, chiropractors, and other licensed or unlicensed professional who are authorized to practice in the State of California.

Based upon the above experience and training, I have a thorough knowledge of the means and methods used by persons involved in insurance fraud related offenses.

Detective Lori Pozuelos
California Department of Insurance
9674 Archibald Ave Ste 100
Rancho Cucamonga, CA 91730
(909) 919-2228
(909) 980-2196 Fax

---

**From:** Hynds, Rebeca [mailto:RHynds@sbcda.org]
**Sent:** Thursday, April 18, 2019 6:13 PM
**To:** Cantos, Lance; Pozuelos, Lori
**Subject:** Initial Meeting regarding Ambulance and Air Lift Fraud - Grange case

Good afternoon.

RE: Grange case – Ambulance/Air Lift Fraud
Summary of the Meeting for PC 186.11

It was great meeting with the two of you today about this fraud case.
We discussed many items, including information needed for the
PC 186.11 Aggravated White Collar Crime Enhancement.

For the PC 186.11 we discussed the (1) assets involved, (2) the procedures need to
place a lien on those assets, and some (3) issues that may arise from the seizure.

PROPERTY:
1. Business Property – in SB City, Cajon Blvd. – Simons
    a. How much is it worth, is Jeff Grange sole owner?
2. Business Property- in SB City, by Redlands Blvd.
    a. May be empty, approx. value One Million, loan $742k.
3. Oceanside Condo - owned by Dawn Downs'
    a. Approximately $700,000 value, mortgage $490k.
4. Temecula home – Riverside County – Approx. 2 mil, loan $1.3 mil.
    a. Owned by Jeff and Dawn
5. Yacht – "Paradox" – Newport Beach, Worth 231k
    a. 'owned' by a business Sedation, LLC. Another doctor, Steven Corbitt, owns w Jeff?
6. Mentioned – new LA business
7. Mentioned - Possible bank accounts,

Discussion – It's possible due to the cost of storage and other issues, we may not seize the Yacht.
Also, in seizing the business in SB city, can we, will Lance decide to place a type of TRO on the defendants
From working at that or any locations.

PROCEDURES
1. I will need a hero sheet and part of the case summary or a copy of the case to draft the declaration, to be signed by Lori, for the seizures.

2. I will also draft the Application for TRO, TRO, Notice of Petition, Petition, Les Pendens – all to be served in person by an investigator on the Defendants.
3. Will need to have Les Pendens recorded for each property with a copy of the proof of service – in EACH county where we seize property.
4. Must file a copy of the recorded Les Pendens and mailed certified proofs of service.
5. Must be ready for a preliminary injunction hearing on the TRO if requested, will need witnesses and exhibits, similar to a prelim
6. Will also need to know and prove the total amount of the loss, and the net amount of the assets seized for the Preliminary Injunction Hearing. (PC standard)
7. May need data tree, and certified copy of assessor's value of each property, from EACH county where the property is located.
8. If bank accounts, must serve the TRO at the bank accounts as well. Likely, will file paper work at the same time as the criminal case.
9. Preliminary Injunction hearing can happen, sooner than 10 days after filing.

ISSUES:
1. Can we ban the defendants from the business and still have the business run?
2. Can we ban the defendants from any ambulance business (they have a new one in LA…)?
3. Do we need a receiver for the business in case defendants are banned?

At a later date I may need access or a copy of the summary or of the reports in this case.

I look forward to learning more about the case,

Rebeca



*Rebeca Hynds*

Deputy District Attorney
**San Bernardino District Attorney's Office**
**Asset Forfeiture Unit, 5th floor**
rhynds@sbcda.org

Phone: 909-382-7769
Fax: 909-747-1376

CONFIDENTIALITY NOTICE: This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.
CONFIDENTIALITY NOTICE: This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.