# EXHIBIT 31

**Message**

| | |
|---|---|
| **From**: | Pozuelos, Lori [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A7BF0EF2CEDF4DD1AF4AEA51364F8AFE-POZUELOS, L] |
| **Sent**: | 2/26/2020 11:09:15 AM |
| **To**: | Hynds, Rebeca [RHynds@sbcda.org] |
| **Subject**: | Re: Wed |

Just leaving the court. I'll be there in a few.

On Feb 26, 2020, at 10:18 AM, Hynds, Rebeca <RHynds@sbcda.org> wrote:

> Ok, thanks!
>
> **From:** Pozuelos, Lori <Lori.Pozuelos@insurance.ca.gov>
> **Sent:** Wednesday, February 26, 2020 10:17 AM
> **To:** Hynds, Rebeca <RHynds@sbcda.org>
> **Subject:** Re: Wed
> I'll plan 11. We are still over here.
>
> Sent from my iPhone
>
>> On Feb 26, 2020, at 9:16 AM, Hynds, Rebeca <RHynds@sbcda.org> wrote:
>>
>> Actually, 11 AM would work for me, if that works for you…
>>
>> **From:** Pozuelos, Lori <Lori.Pozuelos@insurance.ca.gov>
>> **Sent:** Tuesday, February 25, 2020 7:37 PM
>> **To:** Hynds, Rebeca <RHynds@sbcda.org>
>> **Subject:** Re: Wed
>> I just reviewed the court records from today and it shows court is scheduled again tomorrow at 10. I planned on scouting out the court to see if Grange shows up so I may be a little after 10 if thats ok with you.
>>
>> **From:** Hynds, Rebeca <RHynds@sbcda.org>
>> **Sent:** Tuesday, February 25, 2020 7:26 PM
>> **To:** Pozuelos, Lori <Lori.Pozuelos@insurance.ca.gov>
>> **Subject:** RE: Wed
>> No worries, thanks for responding. We will be serving on those places likely Thursday afternoon.
>> Thanks!!
>>
>> **From:** Pozuelos, Lori <Lori.Pozuelos@insurance.ca.gov>
>> **Sent:** Tuesday, February 25, 2020 7:19 PM
>> **To:** Hynds, Rebeca <RHynds@sbcda.org>
>> **Subject:** Re: Wed
>> Rebecca,
>> Sorry I got your emails when I got home from OC. Man am I glad I dont have that drive everyday.
>>   1. San Bernardino Recorder's office – Hospitality Lane

   2. Riverside Recorder's office – is there a location in Moreno Valley
      a. Can you find out that location and if they take documents for recording there- There is a recorders office in downtown Riverside 4080 Lemon St #1, Riverside, CA 92501
   3. There will be 4 banks that we need to serve:
      a. Wells Fargo – by the DA's Office
      b. Bank of America – by the DA's Office
      c. Citizen's bank – Location? 1555 E Highland Ave, San Bernardino, CA 92404
      d. Banner Bank – Location? 368 E Vanderbilt Way, San Bernardino, CA 92408

---

**From:** Hynds, Rebeca <RHynds@sbcda.org>
**Sent:** Tuesday, February 25, 2020 3:25 PM
**To:** Pozuelos, Lori <Lori.Pozuelos@insurance.ca.gov>
**Subject:** RE: Wed

Hi,
Thursday we will need to go to six different locations.
   1. San Bernardino Recorder's office – Hospitality Lane
   2. Riverside Recorder's office – is there a location in Moreno Valley
      a. Can you find out that location and if they take documents for recording there.
   3. There will be 4 banks that we need to serve:
      a. Wells Fargo – by the DA's Office
      b. Bank of America – by the DA's Office
      c. Citizen's bank – Location?
      d. Banner Bank – Location?

Can you look to see where there might be locations for banks close by to the courthouse/ DA's office for
Citizen's bank?
Banner bank?
Thanks!
Rebeca

**From:** Pozuelos, Lori <Lori.Pozuelos@insurance.ca.gov>
**Sent:** Tuesday, February 25, 2020 2:27 PM
**To:** Hynds, Rebeca <RHynds@sbcda.org>
**Subject:** Re: Wed

Ok. I'll see you then.

> On Feb 25, 2020, at 2:15 PM, Hynds, Rebeca <RHynds@sbcda.org> wrote:
>
>
> Hi,
> 10 AM works for me. Lance is in court in the morning. But I will be here.
> Let me know if that works for you.
> Thanks.
> Rebeca
> 382-7769
>
> **From:** Pozuelos, Lori <Lori.Pozuelos@insurance.ca.gov>
> **Sent:** Monday, February 24, 2020 4:21 PM
> **To:** Hynds, Rebeca <RHynds@sbcda.org>
> **Subject:** Re: Wed

Hi Rebeca
Just confirming I will plan on coming Wednesday morning. What time are you thinking?

> On Feb 24, 2020, at 3:36 PM, Hynds, Rebeca <RHynds@sbcda.org> wrote:
>
>
> Hi,
> Please let me know you received this email,
> Thanks!!
>
> **From:** Hynds, Rebeca
> **Sent:** Monday, February 24, 2020 3:13 PM
> **To:** Pozuelos, Lori <Lori.Pozuelos@insurance.ca.gov>
> **Subject:** Wed
>
> Hi,
> Wednesday morning will work better for me to have you come by to sign your declaration.
> Thanks!
>
> <image001.png>
>
> *Rebeca Hynds*
> Deputy District Attorney
> **San Bernardino District Attorney's Office**
> **Asset Forfeiture Unit, 5th floor**
> rhynds@sbcda.org
> Phone: 909-382-7769
> Fax: 909-747-1376
>
> CONFIDENTIALITY NOTICE: This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.

CONFIDENTIALITY NOTICE: This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.

CONFIDENTIALITY NOTICE: This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.
CONFIDENTIALITY NOTICE: This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.
CONFIDENTIALITY NOTICE: This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.

CONFIDENTIALITY NOTICE: This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. If you are not the

intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.

DEF0203170