# EXHIBIT 32

| | |
|---|---|
| **From:** | Neumeister, Mitch |
| **To:** | Mikulich, Vladislav; Conner, Shawn |
| **Cc:** | McNamara, James |
| **Subject:** | Re: Symons Charges |
| **Date:** | Saturday, February 29, 2020 11:45:03 AM |

Thanks. Do you know what the result of the arraignment was? Hopefully remanded.

Sent from phone. Please excuse any errors.

**From:** Mikulich, Vladislav <Vladislav.Mikulich@insurance.ca.gov>
**Sent:** Friday, February 28, 2020 2:00:38 PM
**To:** Neumeister, Mitch <Mitch.Neumeister@insurance.ca.gov>; Conner, Shawn <Shawn.Conner@insurance.ca.gov>
**Cc:** McNamara, James <James.McNamara@insurance.ca.gov>
**Subject:** RE: Symons Charges

FSB20000771

**From:** Neumeister, Mitch <Mitch.Neumeister@insurance.ca.gov>
**Sent:** Friday, February 28, 2020 10:12 AM
**To:** Mikulich, Vladislav <Vladislav.Mikulich@insurance.ca.gov>; Conner, Shawn <Shawn.Conner@insurance.ca.gov>
**Cc:** McNamara, James <James.McNamara@insurance.ca.gov>
**Subject:** RE: Symons Charges

Do you have a criminal court case number on this yet? The Felony Complaint just has the DA Case Number.

**From:** Mikulich, Vladislav
**Sent:** Friday, February 28, 2020 7:29 AM
**To:** Neumeister, Mitch <Mitch.Neumeister@insurance.ca.gov>; Conner, Shawn <Shawn.Conner@insurance.ca.gov>
**Cc:** McNamara, James <James.McNamara@insurance.ca.gov>
**Subject:** Re: Symons Charges

Attached is the electronic (unsigned) document that was transmitted to the court. I can get you a signed one once I get tot he office if you need that.

regards,
Vlad

**From:** Neumeister, Mitch <Mitch.Neumeister@insurance.ca.gov>
**Sent:** Friday, February 28, 2020 7:12 AM
**To:** Conner, Shawn <Shawn.Conner@insurance.ca.gov>; Mikulich, Vladislav

MN 000176

<Vladislav.Mikulich@insurance.ca.gov>

**Cc:** McNamara, James <James.McNamara@insurance.ca.gov>

**Subject:** Symons Charges

Good morning Vlad and Shawn,

Do either of you have a copy or think you could get a copy of the charges filed against Dr Grange. Not sure what that is called in the criminal world but I think it would be a public document since he was arrested and charged. The San Bernardino Court access system is down for criminal public access this morning so I figured you two may have a better shot at getting that.

Thanks,

Mitch Neumeister

Sent from phone. Please excuse any errors.