# EXHIBIT 37

| | |
|---|---|
| **Message** | |
| **From**: | Pozuelos, Lori [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A7BF0EF2CEDF4DD1AF4AEA51364F8AFE-POZUELOS, L] |
| **Sent**: | 7/9/2021 9:58:21 AM |
| **To**: | Hood, Eric [Eric.Hood@insurance.ca.gov] |
| **Subject**: | Re: Symons Ambulance |

Thank you for the update. I figured this was going to happen.

On Jul 9, 2021, at 9:27 AM, Hood, Eric <Eric.Hood@insurance.ca.gov> wrote:

> Good morning,
>
> Hope your Disneyland trip was fun…I spoke with Chief Deputy DDA Brown. They intend on dropping the charges on Symons/ Dr. Grange. I encouraged them to offer the billers use immunity to at least hear what they have to say and then re-evaluate, but they just want to cut their losses and move on. You can cease on any follow-up. I appreciate you trying to shore up this case, but they seem to be hesitant to proceed and don't seem to understand how to prosecute it. FYI, the DDA is out for a couple days due to a "family tragedy."
>
> I read the ROI and it looked good to me. If this was another county or the Feds, I don't see this getting dropped, but that is just based on my opinion. We can discuss the disability ring case with Sgt. Lopez and myself as it gets closer to completion and evaluate jurisdiction/ Ramey warrants, etc.
>
> Have a good weekend,
>
> Eric
>
> Get Outlook for iOS