# EXHIBIT 41



MN 000210