# EXHIBIT 42



MN 000211