# EXHIBIT 43

Message

| | |
|---|---|
| **From**: | Pozuelos, Lori [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A7BF0EF2CEDF4DD1AF4AEA51364F8AFE-POZUELOS, L] |
| **Sent**: | 8/24/2017 1:45:12 PM |
| **To**: | Wessely, Jason [Jason.Wessely@insurance.ca.gov] |
| **Subject**: | Emailing: Bank Search Warrant Symons #4 Email records |
| **Attachments**: | Bank Search Warrant Symons #4 Email records.doc |

```
Your message is ready to be sent with the following file or link attachments:

Bank Search Warrant Symons #4 Email records


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types
of file attachments.  Check your e-mail security settings to determine how attachments are handled.
```