UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF T. GRANGE, M.D.,**<br><br>Plaintiff,<br><br>v.<br><br>**LORI POZUELOS AND JASON WESSELY,**<br><br>Defendants. | Case no. 5:22-cv-00340 DSF (AGRx)<br><br>**ORDER ON STIPULATION FOR AN ORDER CONTINUING TRIAL AND PRE-TRIAL DATES** |

The Court has reviewed and considered the Stipulation by Plaintiff Jeff T. Grange, M.D. ("Plaintiff") and Defendant Lori Pozuelos ("Defendant") for an Order Continuing Pre-Trial Dates and the Trial Date in this action.

Good cause appearing, the Stipulation is hereby approved. The Pre-Trial Dates and Trial Date in this action are now as follows:

1

| | | |
|---|---|---|
| Damages Discovery Cut-off | | 12/2/24 |
| Damages Expert Witness Deadlines | | |
| | Initial disclosure | 11/18/24 |
| | Rebuttal disclosure | 12/02/24 |
| | Expert discovery cut-off | 12/16/2024 |
| ADR Cut-off | | 1/13/24 |
| File Memo of Contentions, etc. | | 1/21/25 |
| Lodge PTC Order, etc. | | 2/10/25 |
| Pre-Trial Conference | | 3/3/25 at 3:00 PM |
| Trial Date | | 4/1/25 at 8:30 AM |

IT IS SO ORDERED.

Dated: August 20, 2024

_____
The Honorable Dale S. Fischer
United States District Judge3