1  ROB BONTA
   Attorney General of California
2  DONNA M. DEAN
   Supervising Deputy Attorney General
3  MOLLY S. MURPHY
   Supervising Deputy Attorney General
4  State Bar No. 149907
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013-1230
    Telephone:  (213) 269-6512
6   Fax:  (916) 731-2120
    E-mail:  Molly.Murphy@doj.ca.gov
7  *Attorneys for Defendant Lori Pozuelos*

8

9       IN THE UNITED STATES DISTRICT COURT

10      FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

| **JEFF T. GRANGE, M.D.,** | 5:22-cv-00340 DSF (AGRx) |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| **LORI POZUELOS AND JASON WESSELY,** | Courtroom: 7D<br>Judge: The Honorable Dale S. Fischer<br>Trial Date: 4/01/25<br>Action Filed: 2/24/2022 |
| Defendants. | |

20      TO THIS HONORABLE COURT:

21      The parties have reached a settlement in principle to resolve all claims in the present action.  The settlement will include a dismissal of the entire action with prejudice, and the parties anticipate that they will file a stipulation to effect the above dismissal in the near future.  The parties are negotiating a settlement agreement, and respectfully request that the Court stay all deadlines, discovery, pretrial and trial dates until at least April 18, 2025.

1

| | | |
|---|---|---|
| 1 | Dated: January 21, 2025 | Respectfully submitted, |

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General

*/s/ Molly S. Murphy*
MOLLY S. MURPHY
Supervising Deputy Attorney General
*Attorneys for Defendant Lori Pozuelos*

Pursuant to Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 21, 2025             Respectfully submitted,

LARSON LLP

*/s/ Daniel R. Lahana*
DANIEL LAHANA
*Attorneys for Plaintiff Jeff T. Grange, M.D.*

2