ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General
MOLLY S. MURPHY
Supervising Deputy Attorney General
State Bar No. 149907
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6512
 Fax:  (916) 731-2120
 E-mail:  Molly.Murphy@doj.ca.gov
*Attorneys for Defendant Lori Pozuelos*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF T. GRANGE, M.D.,**<br><br>Plaintiff,<br><br>v.<br><br>**LORI POZUELOS AND JASON WESSELY,**<br><br>Defendants. | 5:22-cv-00340 DSF (AGRx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR COURT TO CONTINUE TO RETAIN JURISDICTION OVER MATTER**<br><br>Courtroom:  7D<br>Judge:  The Honorable Dale S. Fischer<br>Trial Date:  Vacated<br>Action Filed: 2/24/2022 |

GOOD CAUSE HAVING BEEN SHOWN:

The Court extends its jurisdiction over this matter to vacate its January 22, 2025 Order Dismissing Case Due to Settlement (document number 79) and to reopen the action upon a showing of good cause that the settlement has not been completed and further proceedings are necessary.  The Court will retain jurisdiction over this matter until May 7, 2025, or until a stipulation for dismissal with prejudice is filed, whichever occurs earlier.

1 | IT IS SO ORDERED.

3 | Dated: _____, 2025

                                                        Dale S. Fischer
                                                        United States District Judge