1

2

3

4

5

6

7

8

9          IN THE UNITED STATES DISTRICT COURT

10         FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12

13   **JEFF T. GRANGE, M.D.,**                5:22-cv-00340 DSF (AGRx)

14                          Plaintiff,    **ORDER GRANTING
                                          STIPULATION FOR COURT TO**
15            **v.**                       **CONTINUE TO RETAIN
                                          JURISDICTION OVER MATTER**
16
     **LORI POZUELOS AND JASON**           Courtroom:    7D
17   **WESSELY,**                          Judge:        The Honorable Dale S.
                                                         Fischer
18                          Defendants.   Trial Date:   Vacated
                                          Action Filed: 2/24/2022
19

20        GOOD CAUSE HAVING BEEN SHOWN:

21        The Court extends its jurisdiction over this matter to vacate its January 22,

22   2025 Order Dismissing Case Due to Settlement (document number 79) and to

23   reopen the action upon a showing of good cause that the settlement has not been

24   completed and further proceedings are necessary.  The Court will retain jurisdiction

25   over this matter until May 7, 2025, or until a stipulation for dismissal with prejudice

26   is filed, whichever occurs earlier.

27

28

                                            1

1   IT IS SO ORDERED.

2

3   Dated: March 21, 2025

_____
            Dale S. Fischer
            United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28