Rob Bonta
Attorney General of California
Donna M. Dean
Supervising Deputy Attorney General
Molly S. Murphy
Supervising Deputy Attorney General
State Bar No. 149907
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6512
 Fax:  (916) 731-2120
 E-mail:  Molly.Murphy@doj.ca.gov
*Attorneys for Defendant Lori Pozuelos*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF T. GRANGE, M.D.,**<br><br>Plaintiff,<br><br>v.<br><br>**LORI POZUELOS AND JASON WESSELY,**<br><br>Defendants. | 5:22-cv-00340 DSF (AGRx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Courtroom: 7D<br>Judge: The Honorable Dale S. Fischer<br>Trial Date: None<br>Action Filed: 2/24/2022 |

IT IS HEREBY STIPULATED by and between Plaintiff Jeff T. Grange, M.D., by and through his counsel, and defendant Lori Pozuelos, by and through her counsel, that the above-captioned action be and hereby is dismissed, in its entirety, against all defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

| | | |
|---|---|---|
| 1 | Dated: February 28, 2025 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | DONNA M. DEAN |
| 4 | | Supervising Deputy Attorney General |

*/s/ Molly S. Murphy*
MOLLY S. MURPHY
Supervising Deputy Attorney General
*Attorneys for Defendant Lori Pozuelos*

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing pursuant to L.R. 5-4.3.4(a)(2).

Dated: February 28, 2025                    Respectfully submitted,
ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General

*/s/ Molly S. Murphy*
MOLLY S. MURPHY
Supervising Deputy Attorney General
*Attorneys for Defendant Lori Pozuelos*

Dated: February 28, 2025                    Respectfully submitted,

LARSON LLP

*/s/ Daniel Lahana*
DANIEL LAHANA
*Attorneys for Plaintiff Jeff T. Grange, M.D.*

2